

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00002-CV

**LAURA BUSH, PAUL BOLT,**
**RATTLESNAKE WALNUT SPRINGS, LLC,**

**Appellants**

 **v.**

**WHITE GABLES, LLC,**
**MICHAEL A. STEPHENSON**
**AND SUZAN STEPHENSON,**

**Appellees**

**From the County Court at Law**
**Bosque County, Texas**
**Trial Court No. CV21-247**

## MEMORANDUM OPINION

Appellants Laura Bush, Paul Bolt, and Rattlesnake Walnut Springs, LLC appeal a judgment of the trial court which was rendered against them. Appellants' filing fee for this appeal is past due. In a letter dated January 20, 2022, the Clerk of this Court warned appellants that if the fee was not paid within 10 days from the date of the letter, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c). More than 10 days have passed, and we

have not received the fee, or any communication, from appellants.

Accordingly, this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeal dismissed
Opinion delivered and filed February 16, 2022
[CV06]

